IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| WESTERN HILLS CHURCH OF ACTS, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 7:24-cv-176 |
| UNITED STATES LIABILITY INSURANCE COMPANY, | § § § § | |
| *Defendant*. | § | |

## DEFENDANT UNITED STATES LIABILITY INSURANCE COMPANY'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(a) and 1446, Defendant United States Liability Insurance Company ("Defendant" or "USLI") in Cause No. CC240240CV pending in the County Court at Law of Ector County, Texas files this Notice of Removal from that Court to the United States District Court for the Western District of Texas, Midland Division because the parties are of diverse citizenship and the amount in controversy requirement is satisfied. In support of this Notice of Removal, Defendant respectfully shows:

## I.
## FACTUAL BACKGROUND

1.1  On June 21, 2024, Plaintiff Western Hills Church of Acts ("Plaintiff") filed its Original Petition in the matter styled *Western Hills Church of Acts v. United States Liability Insurance Company;* Cause No. CC240240CV in the County Court of Ector County, Texas, in which Plaintiff asserts claims for breach of contract, bad faith, violations of the Prompt Payment of Claims Act, and violations of the Texas Insurance Code. Plaintiff's property is located in Ector County, Texas and is alleged to have been damaged during a storm on or about December 5, 2023.

1.2     Plaintiff served Defendant with the citation and Plaintiff's Original Petition on June 27, 2024 by delivering to its Registered Agent, Daniel Buechler, via certified mail, return receipt requested.  Defendant files this Notice of Removal within the thirty (30) day time period required by 28 U.S.C. § 1446(b).  Attached hereto as Exhibit "3" is the Index of State Court Documents.  A copy of the Ector County Clerk's file for this case is attached as Exhibit "4" and includes true and correct copies of all documents on file and a copy of the docket sheet.

1.3     Defendant United States Liability Insurance Company served its Original Answer in State Court on July 22, 2024.

## II.
## BASIS FOR REMOVAL

2.1     Removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

### A.     The Parties are of Diverse Citizenship

2.2     Upon information and belief and based on the allegations set forth in Plaintiff's Original Petition, Plaintiff is a resident of Ector County, Texas.  *See* Plaintiff's Original Petition at p. 1, ¶I.  As such, Plaintiff is a citizen of the State of Texas for the purposes of a diversity jurisdiction analysis.

2.3     Defendant USLIC is a Pennsylvania corporation with its principal place of business in Pennsylvania and is a citizen of the State of Pennsylvania for diversity purposes.  Accordingly, USLI is of diverse citizenship to Plaintiff.

### B.     The Amount in Controversy Exceeds the Jurisdictional Requirements for Subject Matter Jurisdiction

2.4     To have federal diversity jurisdiction, in addition to the parties being totally diverse as described above, the amount in controversy between the parties must exceed $75,000.

This lawsuit arises from an insurance coverage dispute relating to alleged damage to the roof. Plaintiff "seeks only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorneys' fees and costs." *See* Plaintiffs' Original Petition at p. 2, ¶III. Because this amount clearly exceeds the jurisdictional requirements of an amount in controversy that exceeds $75,000 and because Plaintiff and Defendant are diverse, diversity jurisdiction is proper.

## III.
## THE REMOVAL IS PROCEDURALLY CORRECT

3.1   Defendant was first served with Plaintiff's Original Petition on June 27, 2024. Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b).

3.2   Venue is proper in this District under 28 U.S.C. §1446(a) because this District includes the county in which the state action is pending and is the county in which all or a substantial part of the events giving rise to Plaintiff's claim occurred.

3.3   Pursuant to 28 U.S.C. § 1446(a), all pleadings, process, and all other filings in the state court action are attached to this Notice.

3.4   Pursuant to 28 U.S.C. § 1446(d), promptly after Defendant files this Notice, written notice of the filing will be given to Plaintiff, the adverse party.

3.5   Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed with the Clerk of the Ector County Court after Defendant files this Notice.

## IV.
## DOCUMENTS AND EXHIBITS ACCOMPANYING REMOVAL

4.1   All pleadings, process, orders, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a).

4.2     Attached hereto as Exhibit "1" is the Civil Cover Sheet.

4.3     Attached hereto as Exhibit "2" is the Supplement to the Civil Cover Sheet.

4.4     Attached hereto as Exhibit "3" is a copy of the Index of Matters Being Filed.

4.5     Attached hereto as "Exhibit "4" is the List of Counsel and Parties.

4.5     Attached hereto as Exhibit "5" is a copy of the State Court's Docket Sheet.

4.6     Attached hereto as Exhibit "5-1" is a copy of Plaintiff's Original Petition file-marked June 21, 2024.

4.7     Attached hereto as Exhibit "5-2" is a copy of the Return of Service for United States Liability Insurance Company file-marked July 9, 2024.

4.8     Attached hereto as Exhibit "5-3" is a copy of United States Liability Insurance Company's Original Answer file-marked June 22, 2024.

4.9     Attached hereto as Exhibit "5-4" is a copy of the Notice to State Court of Removal that will be filed immediately after the filing of this Notice of Removal.

## V.
## CONCLUSION

5.1     Based upon the foregoing, and other documents filed contemporaneously with this Notice of Removal and fully incorporated herein by reference, Defendant United States Liability Insurance Company hereby removes this case to this court for further proceedings.

## PRAYER

WHEREFORE, Defendant United States Liability Insurance company removes the above-captioned matter, now pending in the County Court at Law of Ector County, Texas, to the United States District Court for the Western District of Texas, Midland/Odessa Division.

Respectfully submitted,

By: /s/ *Daniel P. Buechler*
Daniel P. Buechler
State Bar No. 24047756
dbuechler@thompsoncoe.com
214-871-8262
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
214-871-8209 (fax)

**ATTORNEYS FOR DEFENDANT UNITED STATES LIABILITY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this document was served on the following counsel of record in accordance with the TEXAS RULES OF CIVIL PROCEDURE on the _____ day of July, 2024:

Kristina Frankel
kfrankel@dalyblack.com
Richard D. Daly
rdaly@dalyblack.com
Daly & Black, P.C.& &
2211 Norfolk St., Suite 800
Houston, Texas 77098
713-655-1405
713-655-1587 (fax)
*Attorneys for Plaintiff*

*/s/ Daniel Buechler*
Daniel Buechler