## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **WESTERN HILLS CHURCH OF ACTS,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | NO.   MO:24-CV-00176 |
| | § | |
| **UNITED STATES LIABILITY** | § | |
| **INSURANCE COMPANY,** | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 11) filed May 27, 2025. The parties agree and stipulate that all claims for relief asserted against Defendants are dismissed with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. The Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendants is hereby **GRANTED**.

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein.

It is so **ORDERED**.

SIGNED this 28th day of May, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE